GODWIN v. NATIONWIDE MUTUAL INS. CO.

No. 291P95

Case below: 119 N.C.App. 303

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

GRIFFIN v. SWEET

No. 501P95

Case below: 120 N.C.App. 166

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

HAYWOOD STREET REDEVELOPMENT CORP. v. PETERSON CO.

No. 34P96

Case below: 120 N.C.App. 832

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

HERITAGE POINTE BLDRS. v. N.C. LICENSING BD. OF GENERAL CONTRACTORS

No. 493P95

Case below: 120 N.C.App. 502

Petition by respondent (N.C. Licensing Board of General Contractors) for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

JOHNSON v. AMETHYST CORP.

No. 521PA95

Case below: 120 N.C.App. 529

Petition by defendants (Amethyst Corp. & Amethyst Charlotte, Inc.) for discretionary review pursuant to G.S. 7A-31 allowed 8 February 1996. Petition by defendant (Bartolotta) for discretionary review pursuant to G.S. 7A-31 allowed 8 February 1996.